■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE WHITE, Also Known as GEORGE WHYTE, Also Known as DAVID WHITE, Appellant. — Judgment of the Supreme Court, Queens County, rendered March 14, 1980, affirmed. No opinion. This case is remitted to the Supreme Court, Queens

County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., O'Connor, Weinstein and Thompson, JJ., concur.